Date signed October 06, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ERIC ANTHONY DANTLEY, SR. | : | Case No. 11-26190PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM TO THE DEBTOR

This matter is before the court on the Debtor's request for continuance of the Section 341 Meeting of Creditors that was scheduled for September 13, 2011, and to advise that any request to reset the 341 Meeting must be sent to the Trustee, and the Debtor is directed to contact the Trustee's office (301-881-8300) **by October 12, 2011,** failing such, and order will be entered dismissing this case.

cc:
Eric A. Dantley, Sr., 2703 Henson Valley Way, Fort Washington, MD 20744
Merrill Cohen, Trustee, 7910 Woodmont Avenue, Suite 1103, Bethesda, MD 20814

**End of Memorandum**